UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 73.17.244.244<br><br>　　　　　　　Defendant. | Civil Action No. 3:17-cv-273-VLB |

JOINT NOTICE OF SETTLEMENT

　　　PLEASE TAKE NOTICE, Plaintiff has settled this matter with John Doe ("Defendant") through his counsel, Melissa Brabender, Esq of Antonelli Law Ltd.

　　　Pursuant to the settlement agreement's terms we file this notice of settlement under the agreement. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

　　　Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

　　　Dated: August 11, 2017　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　By:　/s/ *Jacqueline M. James*
　　　　　　　　　　　　　　　　　　　　　　　　Jacqueline M. James, Esq. (CT29991)
　　　　　　　　　　　　　　　　　　　　　　　　The James Law Firm, PLLC
　　　　　　　　　　　　　　　　　　　　　　　　445 Hamilton Avenue, Suite 1102
　　　　　　　　　　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　　　　　　　　　　T: 914-358-6423
　　　　　　　　　　　　　　　　　　　　　　　　F: 914-358-6424
　　　　　　　　　　　　　　　　　　　　　　　　E-mail: jjameslaw@optonline.net
　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

1

I hereby certify that on July 14, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*__
Jacqueline M. James, Esq.